IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD JACKSON,
    Plaintiff,

vs.                                     Case No. 3:13cv174/MCR/CJK

MICHAEL D. CREWS, et al.,
    Defendants.
_____/

O R D E R

    Pending before the court is the Report and Recommendation of the Magistrate Judge filed on June 13, 2013 (doc. 11), pursuant to 28 U.S.C. § 636(b)(1)(B). After reviewing objections to the Recommendation (doc. 12), the court concludes that the Recommendation should be adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The plaintiff's motions for a temporary preliminary injunction (docs. 2, 5) are DENIED.

    DONE AND ORDERED this 2nd day of July, 2013.

                                *M. Casey Rodgers*
                                M. CASEY RODGERS
                                CHIEF UNITED STATES DISTRICT JUDGE