UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RICHARD JACKSON,**

    Plaintiff,

v.                                       Case No.   3:13cv174/MCR/CJK

**MICHAEL D. CREWS, et al.,**

    Defendants.
_____/

## ORDER

    Pending before the Court is the Report and Recommendation of the Magistrate Judge filed on February 6, 2014 (doc. 90), pursuant to 28 U.S.C. § 636(b)(1)(B) .  The parties have been given an opportunity to file objections, and no timely objections have been filed.  Now, after reviewing the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The Plaintiff's motions for a temporary injunction (doc. 84) is **DENIED.**

**DONE AND ORDERED** this 13th day of March, 2014.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE