# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RICHARD JACKSON,**

    **Plaintiff,**

**v.**                                                    **Case No. 3:13cv174/MCR/CJK**

**MICHAEL D. CREWS, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

    This prisoner civil rights case filed under 42 U.S.C. § 1983, is before the court upon defendants' motion to dismiss plaintiff's first amended complaint (doc. 29, as adopted by docs. 40, 65, 69), and plaintiff's motion to voluntarily dismiss the claims against defendant Michael Crews asserted in plaintiff's first amended complaint (doc. 58). These motions pertaining to plaintiff's first amended complaint (doc. 8) are moot, in light of plaintiff's filing a counseled second amended complaint (doc. 105).

    Accordingly, it is respectfully RECOMMENDED:

    1. That defendants' motion to dismiss plaintiff's first amended complaint (doc. 29, adopted by docs. 40, 65, 69), be DENIED AS MOOT.

2.  That plaintiff's motion to voluntarily dismiss the claims against defendant Michael Crews asserted in plaintiff's first amended complaint (doc. 58) be DENIED AS MOOT.

At Pensacola, Florida, this 27th day of March, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).