UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RICHARD JACKSON,**

    **Plaintiff,**

v.                                  Case No. 3:13cv174/MCR/CJK

**MICHAEL D. CREWS, et al.,**

    **Defendants.**
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 27, 2014 (doc. 107), pursuant to 28 U.S.C. § 636(b)(1)(B), and finding no objections to the Recommendation, the Recommendation is adopted as the Order of the Court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 107) is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss Plaintiff's first amended complaint (doc. 29, adopted by docs. 40, 65, 69), is DENIED AS MOOT in light of Plaintiff's filing a second amended complaint.

3. Plaintiff's motion to voluntarily dismiss the claims against Defendant

Michael Crews asserted in Plaintiff's first amended complaint (doc. 58) is DENIED AS MOOT in light of Plaintiff's filing a second amended complaint.

**DONE AND ORDERED** this 6th day of June, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**